UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISON

IN RE:

| | |
|---|---|
| RAY C. WHITE | CASE NO.: 14-01812-5-DMW |
| JACQUELINE D. WHITE | CHAPTER 13 |
| DEBTORS | |

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PAYMENTS UNDER THE PLAN

Pursuant to Fed. Bankr. Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the above claim has been paid in full and that the Debtors have completed all payments under the plan.

Creditor Name and Address:  SN Servicing, Corp.
Attn: Bank Officer/Managing Agent
323 5th Street
Eureka, CA 95501

Last four digits of any number used to identify the debtor's account:  7860

1. The debtors having made all payments necessary to complete the plan, the Trustee reports that the mortgage account is contractually current through April, 2019, with the next payment due May 3, 2019.  **The total amount due on this mortgage as of May, 2019 is calculated to be $15,864.72.**

2. In addition to the contractual post-petition mortgage payments, SN Servicing Corp. was also allowed a pre-petition arrearage claim in the amount of $7,380.67.  This claim has been paid in full.

3. On or before May 24, 2019 the creditor must file and serve a statement on the debtors, debtor's counsel and the trustee, pursuant to Fed. Bankr. Rule 3002.1(g), indicating whether it agrees that the debtor has paid in full the amount required to cure the default and whether, consistent with §1322(b)(5), the debtor is otherwise current on all payments or be subject to further action of the court including possible sanctions.

**THE DEBTORS ARE DIRECTED TO STOP PAYMENTS TO THE CHAPTER 13 TRUSTEE AND TO BEGIN PAYING MORTGAGE PAYMENTS AS OF MAY 3, 2019 IN THE AMOUNT OF $391.44 TO THE CREDITOR AT THE ABOVE ADDRESS**.

| | |
|---|---|
| April 30, 2019 | s/Joseph A. Bledsoe, III |
| | JOSEPH A. BLEDSOE, III |
| | Chapter 13 Trustee |
| | PO Box 1618 |
| | New Bern, NC 28563 |

CERTIFICATE OF SERVICE

I, Joseph A. Bledsoe, III Trustee, of P.O. Box 1618, New Bern, NC, 28563, do certify:

That I am and was at all times hereinafter referred to more than eighteen (18) years of age; and

That I have this day served a copy of the Notice of Final Cure Payment and Completion of Payments Under the Plan by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

**DEBTOR:** Ray C. White  (via first-class mail)
Jacqueline D. White
140 Southern Plaza Drive
Dudley, NC 28333

**ATTORNEY:** Robert E. Fuller  (via cm/ecf)
Attorney at Law

**CREDITOR:** SN Servicing, Corp.  (via certified mail, return receipt requested)
Attn: Bank Officer/Managing Agent
323 5th Street
Eureka, CA 95501

DATED: April 30, 2019

s/Joseph A. Bledsoe, III
JOSEPH A. BLEDSOE, III
Chapter 13 Trustee
PO Box 1618
New Bern, NC 28563